FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 26 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-mj-01256

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Louie LI et al.

        Defendant.

---

## ORDER DESIGNATING MATERIAL WITNESSES AND FOR THE ARREST AND DETENTION OF MATERIAL WITNESSES

---

Upon the motion of the United States of America, and for good cause shown, pursuant to Title 18, United States Code, Sections 3144 and 3142, it is hereby,

ORDERED that:

(1) The following persons are declared to be material witnesses in the above-captioned case, and they are bound over to the custody of the United States Marshal for the District of Colorado, who shall detain them until further order of this court:

    1.    Augusto Canche-Vargas, A97 828 408, a native and citizen of Mexico; and

    2.    Jose Roberto Pat-Poot, A97 830 336, a native and

citizen of Mexico; and

3. Jose Canche-Rodriguez, A97 830 337, a native and citizen of Mexico; and

4. Luis Manuel Chan-Canul, A97 830 339, a native and citizen of Mexico; and

5. Cesar Augusto Canche-Chi, A97 830 341, a native and citizen of Mexico; and

6. Mario Manuel Cob-Puc, A97 830 340, a native and citizen of Mexico; and

7. Jose Mercedes Hau-Medina, A97 830 338, a native and citizen of Mexico.

(2) Pursuant to Title 18, United States Code, Section 3142, a detention hearing for each material witness shall be held.

DATED this 26th day of December 2007.

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO