IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-mj-01256

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOUIS LI, *et al.*,

    Defendants.

---

# ORDER OF DETENTION

---

    This matter was before the Court for a detention hearing for material witnesses Jose Canche-Rodriguez, Luis Manuel Chan-Canul, Augusto Canche-Vargas, Jose Roberto Pat-Poot, Jose Mercedes Hau-Medina, Cesar Augusto Canche-Chi, and Mario Manuel Cob-Puc (collectively, "the Witnesses"), on January 2, 2008. Assistant United States Attorney Timothy Neff represented the government, and Edward Pluss, Patrick Butler, Fran Simonet, Phillip Cherner, Nicole Rodarte, Vincent Horn, and Mark Rubenstein represented the witnesses, respectively. Some witnesses contested detention, but most conceded that detention for a finite time period was unavoidable.

    The Court has concluded, by a preponderance of the evidence, that no condition or combination of conditions of release will reasonably assure the appearance of the witness at future court hearing, based on the attached findings.

    IT IS HEREBY ORDERED that the Witnesses are committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

    IT IS FURTHER ORDERED that the Witnesses are to be afforded reasonable opportunity to consult confidentially with their counsel; and

    IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States of America or the Defendant, the person in charge of the corrections facility shall deliver the Witnesses to the United States Marshal for the purpose of an appearance in connection with this proceeding.

DATED and ENTERED this 3rd day of January, 2008.

                                          By the Court:

                                          S/Michael E. Hegarty
                                          Michael E. Hegarty
                                          United States Magistrate Judge

United States v. Louie Li, *et al.*
Case No. 07-mj-01256

FINDINGS OF FACT, CONCLUSIONS OF LAW, and
REASONS FOR ORDER OF DETENTION

In order to sustain a motion for detention, the government must establish that there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the witnesses' presence for court proceedings.

The Bail Reform Act, 18 U.S.C. § 3142(g) and 3144, directs the court to consider certain factors in determining whether there are conditions of release that will reasonably assure the appearance of the witness as required.

The Court has taken judicial notice of the Court's file and the comments of counsel at the hearing. Weighing the statutory factors set forth in the Bail Reform Act, I find the following:

By a preponderance of the evidence, the Witnesses present a risk of nonappearance at future court proceedings because of the lack of any contacts with Colorado, and each has been ordered removed from the United States. Therefore, if released, they may be removed from the country before their presence is needed at trial or deposition.

As a result, after considering all of these factors, I conclude there is a preponderance of the evidence that no condition or combination of conditions for release will reasonably assure the witnesses' appearance for court-related proceedings, for a reasonable time period to be closely monitored by the Court.