IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-mj-1256

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOUIE LI

PHONG NGOC HAU

QUYNH NGOC HAU

JIMMY HAU

    Defendants.

---

## MINUTE ORDER

---

| | |
|---|---|
| Pursuant to the directions of Magistrate Judge Michael J. Watanabe: | Tracey Lee, deputy clerk<br>January 16, 2008 |

---

    It is hereby ORDERED that the following Motions to Offer to Testify at the Preliminary Examination (docket nos. 73, 76, 77, 79, and 81) are all DENIED, finding that the hearing before Magistrate Judge Watanabe on January 17, 2008, at 10:30 a.m. is for Preliminary Examination only. The government is entitled to decide which witnesses they will call in order to establish probable case at the Preliminary Examination Hearing since the government bears the burden of proof to establish probable cause at such hearing. A material witness does not have the authority to dictate which witnesses, if any, the government calls at the preliminary examination hearing. Moreover, a separate status conference hearing concerning the material witnesses has been set before Magistrate Judge Hegarty on January 18, 2008, at 10:00 a.m. At this status conference, Magistrate Judge Hegarty will address the motions for depositions (docket nos. 53 and 54), filed by the material witness.

    It is FURTHER ORDERED that Attorney Frances E. Simonet's Motion to Allow Substitute Counsel to Appear with Material Witness, Augusto Chanche-Vargas at the Preliminary Examination Scheduled for January 17, 2008, (docket no. 80) is DENIED.

Counsel Simonet has cited no legal authority for the relief sought in this motion. This court is unaware of any legal authority that allows for a "special appearance." Any attorney who practices before this court must enter a general appearance. *See* D.C.COLO.LCrR 57.5, 57.6, 57.7